IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*



FILED IN OPEN COURT
JUN 2 3 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | CRIMINAL NO. 2:22-cr-87 |
| | ) | |
| GEORGE PICKARD, | ) | 26 U.S.C. §§ 5841, 5845, 5861(d), 5871; |
| | ) | 18 U.S.C. § 921(a)(24) |
| Defendant. | ) | Possession of Unregistered Firearms |
| | ) | (Count 1) |
| | ) | |
| | ) | 21 U.S.C. § 844(a) |
| | ) | Possession of Controlled Substance |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 1001(a) |
| | ) | False Statement |
| | ) | (Count 3) |
| | ) | |
| | ) | 18 U.S.C. § 924(d); 26 U.S.C. § 5872; 28 |
| | ) | U.S.C. § 2461 |
| | ) | Forfeiture |

**INDICTMENT**

June 2022 Term – At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

(Possession of Unregistered Firearms)

On or about December 29, 2020, in the Eastern District of Virginia, the defendant, GEORGE PICKARD, knowingly received and possessed a firearm and firearms, that is, two firearm silencers, as defined in Title 18, United States Code, Section 921(a)(24), that is, any device for silencing, muffling, and diminishing the report of a portable firearm, including any combination of parts, designed and redesigned, and intended for use in assembling and fabricating

a firearm silencer and firearm muffler, and any part intended only for use in such assembly and fabrication, not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871, and Title 18, United States Code, Section 921(a)(24).)

## COUNT TWO

(Possession of Controlled Substance)

On or about December 29, 2020, in the Eastern District of Virginia, the defendant, GEORGE PICKARD, did unlawfully, knowingly, and intentionally possess a quantity of lysergic acid diethylamide, also known as LSD, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a).)

## **COUNT THREE**

(False Statement)

On or about December 29, 2020, in the Eastern District of Virginia, the defendant, GEORGE PICKARD, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely stating to federal agents investigating the defendant's possession of firearms silencers that he had previously submitted to the Bureau of Alcohol, Tobacco, Firearms, and Explosives an application to make and register a National Firearms Act weapon. The statement and representation made by the defendant was false because, as the defendant then and there knew, he had not previously submitted to the Bureau of Alcohol, Tobacco, Firearms, and Explosives an application to make and register a National Firearms Act weapon.

(In violation of Title 18, United States Code, Section 1001(a).)

## **CRIMINAL FORFEITURE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, GEORGE PICKARD, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The assets subject to forfeiture include, but are not limited to: all firearm silencers/suppressors seized on or about December 29, 2020.

(In accordance with Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461.)

*United States of America v. GEORGE PICKARD*
2:22-CR-87

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
United States Attorney

By: _____
Andrew Bosse
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address – andrew.bosse@usdoj.gov

*Counsel for the United States of America*