AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

| UNITED STATES OF AMERICA<br>V.<br>George Pickard | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of Virginia | 2:22cr-22 | Southern District of Florida | 22-6330-Hunt |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment(s) ☐ Information ☐ Complaint ☐ Other:

**DISTRICT OF OFFENSE:**

Northern District of Virginia

**CHARGES**

Possession of Unregistered Firearms

**CURRENT BOND STATUS:**

☐ Bail fixed at $ _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter** X No ☐ Yes Language:

**DISTRICT OF SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/15/2022
Date

PATRICK M. HUNT UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-6330-Hunt

UNITED STATES OF AMERICA,
        Plaintiff,

vs

George Pickard,
        Defendant(s)
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a Sealed Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 11th, day of July, 2022.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

# COURT MINUTES/ORDER

# United States Magistrate Judge Patrick M. Hunt

Date: 7/11/22    Time: 11:00 a.m.

Defendant: George Pickard (J)     J#: _____     Case #: 22-6330-Hunt

AUSA: Larry Bardfeld     Attorney: _____

Violation: Possession of Unregistered Firearms    (Eastern District of Virginia)

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held:  ○ Yes  ○ No     Recommended Bond: PTD

Bond Set at: _____     Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL
- [x] Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition: All parties present. Deft advised of his rights and charges

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 7/13/22 | 11:00 AM | Reutz | FTL |
| PTD/Bond Hearing: | 7/15/22 | 9:30 AM | Reutz | FTL |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

Check if Applicable: [ ]   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:12:24     Time in Court: 10 mins

Page: _____

# COURT MINUTES/ORDER
(AMENDED)
## United States Magistrate Judge Patrick M. Hunt

Date: 7/13/22    Time: 11:00 a.m.

Defendant: George Pickard (J)    J#: _____    Case #: 22-6330-Hunt
AUSA: Larry Bardfeld   (Adam Hapner - Duty)    Attorney: _____
Violation: Possession of Unregistered Firearms   (Eastern District of Virginia)
Proceeding: ~~Initial Appearance~~ Report re Counsel    CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: PTD
Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFL
- ☒ Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition:
All parties present.

The defendant indicated that his family has retained counsel in the Eastern District of Virginia.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 7/15/22 | 9:30 a.m. | Duty | Ftl |
| PTD/Bond Hearing: | 7/15/22 | 9:30 a.m. | Duty | Ftl |
| Prelim/Arraign or Removal: | 7/15/22 | 9:30 a.m. | Duty | Ftl |
| Status Conference RE: | | | | |

Check if Applicable: ☐ The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:02:51    Time in Court: 5 Mins

Page: _____

## COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 7/15/22     Time: 9:30 a.m.

Defendant: George Pickard (J)      J#: 10113-510    Case #: 22-6330-Hunt

AUSA: Larry Bardfeld     Attorney: ____

Violation: Possession of Unregistered Firearms    (Eastern District of Virginia)

Proceeding: RRC / PTD / Removal Hearing      CJA Appt: ____

Bond/PTD Held: ⚪ Yes  ⚪ No     Recommended Bond: PTD

Bond Set at: Defendant Detained (Hearing Held)     Co-signed by: ____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL
- [x] Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition:
All parties present. Defendant sworn for counsel. FPD appointed. Huda Macri in court. Defendant must pay $2,000.00 in the registry of the court. Govt proceed by way proffer. Chris Hartmann, FBI, sworn. Cross - Redirect. Argument by both parties. The govt's motion is hereby GRANTED. (Risk of Flight Danger to the Community). Exhibits will be entered into evidence. The Court finds Probable Cause.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: Partial Indigency   8/15/22   11:00 a.m.   Duty   Ftl

Check if Applicable: [ ]  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 10:08:26 / 10:24:09     Time in Court: 1 hr 45 Mins

Page: ____

UNITED STATED DISTRCIT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-6330-Hunt

UNITED STATES OF AMERICA,
    Plaintiff,

vs.
George Pickard ,
    Defendant,
_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of **$2,000.00** on or before **August 15th, 2022**, to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). It is further ORDERED that a **Status Conference on reimbursement will be held on August 15th, 2022, at 11:00 a.m.** before the undersigned. This hearing may be cancelled upon advance notification to the United States Magistrate Judge's Courtroom Deputy that payment has been met. If no notification has been made, both defense counsel and defendant are required at the hearing.

DONE AND ORDERED at Ft. Lauderdale, Florida this 15th day of July, 2022.

*[signature]*

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CRIMINAL DOCKET FOR CASE #: 0:22-mj-06330-PMH All Defendants

Case title: USA v. Pickard                                    Date Filed: 07/11/2022

Date Terminated: 07/15/2022

Assigned to: Magistrate Judge Patrick M. Hunt

**Defendant (1)**

**George Pickard**                          represented by    **Noticing FPD-FTL**
10113-510                                                     (954) 356-7436
*YOB 1999 ENGLISH*                                            Email: ftl_ecf@fd.org
*TERMINATED: 07/15/2022*                                      *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Public Defender Appointment*

**Pending Counts**                                            **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                         **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                **Disposition**

26:5841.F Possession of unregistered
firearms, 21:844A=CP.F Possession of a
controlled substance, 18:1001.F False
Statement

**Plaintiff**
**USA**                                     represented by    **Laurence M. Bardfeld**
                                                              United States Attorney's Office
                                                              500 E Broward Boulevard

7th Floor  
Fort Lauderdale, FL 33301-3002  
954 660-5721  
Fax: 356-7336  
Email: laurence.bardfeld@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2022 | | Arrest of George Pickard (dd) (Entered: 07/11/2022) |
| 07/11/2022 | 1 | Magistrate Removal of Indictment from ED/Virginia Case number in the other District 1:22-cr-87 as to George Pickard (1). (dd) (Entered: 07/11/2022) |
| 07/11/2022 | 2 | ORDER unsealing indictment from ED/VI as to George Pickard. Signed by Magistrate Judge Patrick M. Hunt on 7/11/2022. *See attached document for full details.* (dd) (Entered: 07/11/2022) |
| 07/11/2022 | 3 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to George Pickard held on 7/11/2022. Detention Hearing set for 7/15/2022 09:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 7/15/2022 09:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Report Re: Counsel Hearing set for 7/13/2022 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (Digital 11:12:24) Signed by Magistrate Judge Patrick M. Hunt on 7/11/2022. (dd) (Entered: 07/11/2022) |
| 07/13/2022 | 4 | Amended Minute for proceedings held before Magistrate Judge Patrick M. Hunt: Report re Counsel in Rule 5(c)(3)/Rule 40 Proceedings as to George Pickard held on 7/13/2022. Defendant says that family has retained counsel. Detention Hearing set for 7/15/2022 09:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 7/15/2022 09:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Report Re: Counsel Hearing set for 7/15/2022 09:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. (Digital 11:02:51) Signed by Magistrate Judge Patrick M. Hunt on 7/13/2022. (dd) (Main Document 4 replaced on 7/13/2022) (dd). Modified on 7/13/2022 (dd). (Entered: 07/13/2022) |
| 07/15/2022 | 5 | Minute Entry for proceedings held before Magistrate Judge Patrick M. Hunt: Detention Hearing as to George Pickard held on 7/15/2022. Witness Chris hartmann, FBI testified. PTD ordered. Removal ordered. Defendant found Partially Indigent and ordered to pay $2,00.00 into the Registry of the Court..**Attorney Appointment** Hearing as to George Pickard held on 7/15/2022. FPD appointed. Attorney added: Noticing FPD-FTL for George Pickard (Digital 10:08:26) (dd) (Entered: 07/15/2022) |
| 07/15/2022 | 6 | Order on Partial Indigency for Appointment of Counsel and Distribution of Available Funds as to George Pickard Directing Funds in the amount of $2,000 be deposited with the Clerk of Court by 8/15/22. Status Conference Re: Partial Indigency/CJA Payment set for 8/15/2022 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Signed by Magistrate Judge Patrick M. Hunt on 7/15/2022. *See attached document for full details.* (dd) (Entered: 07/15/2022) |
| 07/15/2022 | 7 | COMMITMENT TO ANOTHER DISTRICT as to George Pickard. Defendant committed to District of ED/VI. Closing Case for Defendant. Signed by Magistrate Judge Patrick M. Hunt on 7/15/2022. *See attached document for full details.* (dd) (Entered: 07/15/2022) |
| 07/15/2022 | 8 | Notice of Criminal Transfer to ED/VI of a Rule 5 or Rule 32 Initial Appearance as to |

| | George Pickard. Your case number is: 2:22-cr-22. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. <u>*Attention Receiving Court*</u>*: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (dd) (Entered: 07/15/2022) |
|---|---|