# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff** | |
| v. | Docket:  2:22-cr-87 |
| **GEORGE PICKARD,** | |
| **Defendant** | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: George Pickard.

Date:   July 18, 2022

/s /
Eric Leckie
Virginia State Bar # 86847
Invictus Law
1240 Perimeter Parkway, Suite 404
Virginia Beach, Virginia 23454
ericleckie@invictus-law.com
Office  757-337-2727
Fax     757-474-1671