IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Docket:   2:22-cr-87 |
| **GEORGE PICKARD,** | |
| **Defendant.** | |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: George Pickard.

Date:   September 19, 2022

/s/
Shemeka C. Hankins
Virginia State Bar # 82185
Invictus Law
1240 Perimeter Parkway, Suite 404
Virginia Beach, Virginia 23454
shemekahankins@invictus-law.com
Office  757-337-2727
Fax     757-474-1671

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 19, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Melissa E O'Boyle
United States Attorney Office - Norfolk
101 W Main St, Suite 8000
Norfolk, VA 23510


William Buchanan Jackson
United States Attorney's Office - Norfolk
101 W Main St, Suite 8000
Norfolk, VA 23510

                                                     /s/
                                      Shemeka C. Hankins
                                      Virginia State Bar # 82185
                                      Invictus Law
                                      1240 Perimeter Parkway, Suite 404
                                      Virginia Beach, Virginia 23454
                                      shemekahankins@invictus-law.com
                                      Office  757-337-2727
                                      Fax     757-474-1671