# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division



UNITED STATES OF AMERICA

v.  ACTION NO.: 2:22CR87

GEORGE PICKARD,

    Defendant.

## ORDER ACCEPTING PLEA OF GUILTY

The Defendant, by consent, has appeared before the Court with counsel pursuant to Federal Rule of Criminal Procedure 11, and referral from United States District Judge Hanes, and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. The Court therefore accepts the plea of guilty.

The Clerk shall forward a copy of this Order to all counsel of record.

DONE AND ENTERED at NORFOLK, Virginia, this 20th day of September, 2022.

                                                          Lawrence R. Leonard
                                                   UNITED STATES MAGISTRATE JUDGE