613 Heron Point Circle
Virginia Beach, VA 23452
15 December 2022

Mr. Eric Leckie
1240 Perimeter Parkway
Suite 404
Virginia Beach, VA 23452

Dear Mr. Leckie,

This letter is written at the request of and in support of George Pickard.

Living next door to the Pickard's, I have known George since his birth. George was always personable, kind, and respectful to me. Not having children of George's age, my involvement with George and knowledge of his activities was basically from a distance except for the times during his youth when he would come to my home to watch or help me with various projects.

Although I have no first-hand knowledge of the events surrounding his high school years, I know George got into a scrape and did not graduate from Princess Anne High School. However, rather than allow any negative events to deter or define him, he obtained his GED in preparation for his future. He applied for and was accepted into the Texas A&M Maritime Academy. As I understand it, George was the youngest person ever allowed to enroll into that Program.

George successfully completed the Texas A&M Maritime Academy and became a 3rd Officer, qualified for duty on Military Sealift Command and other ships serving the United States. His young age made it difficult to find employment, but again he was not deterred. A special Captain finally agreed to give him a chance and accepted him to the crew.

He successfully served throughout various forward deployed tours in the Western Pacific as a ship's officer. His status as an officer placed great responsibility on his young shoulders. He was responsible for leading more experienced older crew members. He was promoted from 3rd to 2nd officer with additional responsibilities and recently served with Maritime Prepositioning Ships-3.

As 3rd and 2nd Officer, George was often placed in charge of the entire ship, its crew and cargo as officer of the deck. This responsibility far exceeds most individuals his age.

I fully support this young man and urge the court to do the same.

Respectfully,

*Thomas E. Metcalf*
Thomas E. Metcalf
Commander, USN, Ret.

[illegible]

Thomas Metcalf
613 Heron Point Cir
Virginia Bch, VA 23452

RICHMOND VA 230
23 DEC 2022 PM 5



Mr. Eric Leckie
1240 Perimeter Pkwy
Suite 404
Va. Beach, VA 23452



RECEIVED
DEC 28 2022
BY: PP

23454-569804