January 23, 2022

Dear Honorable Hanes,

My name is Phyllis Pickard.  I am George Pickard's aunt.  I am a retired computer forensic specialist and program manager for the federal government, with a security clearance I would never jeopardize.  Since retiring a few years ago, I purchased a single-family home on 2.5 acres in Trumansburg, NY.   The house needed some renovations, and I also built a pole barn to house my art studio for kiln-formed glass.

I know George has pled guilty to possession of an unregistered firearm.  I am writing to offer a glimpse of who George is, and communicate that he is someone who is far more than the offense he pled guilty to.

I have known George all his life.  I spent time with him and his family in Virginia when he was growing up.  Since he graduated from Texas A&M we have spent more quality time together emailing, talking on the phone and making plans for when he visits me in Trumansburg.  George's career takes him out of the country frequently.  My career also took me out of the country for long periods of time, and this gave George and me a common bond.

While George was shipped out he would often call or email me to make plans for his next visit.  On these visits he would help me with yard work, or various tasks in the construction of my studio such as pulling 6-gauge wire to various outlets, a task I am not physically capable of doing.  George and I would also go hiking in nearby gorges and talk about his plans for the future.  He planned to work for a friend running a security company.  He also believes his career at sea is more of a means to an end so he can settle down and have a family.

George is a young, well-educated man who, to the best of my knowledge, has never been accused of a crime prior to this.  I have never seen George display any signs of violent behavior.  He's always been a happy, loving, and fun person.  He's quick to smile and likes to joke.  I've always enjoyed spending time with him.  I realize George has been convicted of a serious felony.  I ask for leniency in his sentencing.  I have spoken to George frequently since his incarceration and he has remained positive, has looked to improve himself and has taken up meditation.  I fear that, over time, prison could harden him and change him from being the high-functioning, valuable member of society that he is.

Thank you for your time and consideration.

Regards,

Phyllis Pickard
3125 Cold Springs Rd
Trumansburg, NY 14886
Phyllisp@hotmail.com
(703) 341-7109