John O'Donnell

620 Heron Point Circle

Virginia Beach, VA 23452

johnrodonnell77@gmail.com | 757-793-6217

1/11/2023

Eric Leckie

Invictus Law

1240 Perimeter Parkway, Suite 404

Virginia Beach, VA 23454

757-337-2500



FILED
IN OPEN COURT

JAN 2 6 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## Regarding Character Letter For George Pickard

Dear Mr. Leckie,

My name is John O'Donnell, and I am writing this letter on behalf of George Pickard for his sentencing later this month. I have known George for my whole life. My family and I lived across the street from his family, and he was only born about two months after I was born. We have a connection akin to brothers. Even now while he is incarcerated, I have been able to speak with him when he calls me from the jail. Because of the existing and on-going friendly relationship I have with George, I believe that I can give an accurate character letter.

Throughout our childhood, George and I would spend countless days together. Whether we were digging a bunker in his backyard, or playing retro video games on old computer hardware, we spent a lot of time together. George was always curious about the world around him. He would climb higher, bike faster, and venture farther into the waves at the beach than I. George was always more adventurous than I, and he would certainly test the limits of things, but that action was never malicious. Rather, his actions were exploratory. I look back on those years quite fondly.

George has lived a unique life. He graduated college at the same time that I graduated from high school. While I was preparing to head to university, he was sailing the high seas. Getting the mariners licenses is no small feat, and that is quite a testament to his character. If one

also considers that he got it at such a young age that just makes the feat all the more impressive. A further testament to his character is the kinds of jobs that he would get. He possessed a security clearance to work on high stakes jobs. He was entrusted with information that very few others could possess.

George is not a malicious individual. Instead, he is a unique individual with a unique story who has made a mistake. It is a mistake that I can say first hand having spoken to him since his incarceration that he has internalized and grown from. Despite our geographical separation, I have gotten to watch George grow over the years. I have seen him at his highest and at his lowest. I can say for certain that he knows the full ramifications of the mistakes he made, and I can also say that he will not make those mistakes again.

This concludes my thoughts regarding George. I hope that the judge will take my words to heart. The rest of this paragraph is for Mr. Leckie. I wanted to avoid rambling and stuffing unnecessary details in this letter, but if you think more content would benefit George, I will be more than happy to include more detail. If there is anything further that you may need from me, I will provide it as soon as possible. If there is another format that you think I should put this letter in for the sentencing, please let me know. Finally, thank you for representing my dear friend, and I hope for a favorable outcome.

Sincerely,

John O'Donnell