IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL No. 2:22-cr-87 |
| ) | |
| v. ) | |
| ) | |
| GEORGE PICKARD, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF PUBLICATION
AND FINALITY OF CONSENT ORDER OF FORFEITURE**

NOW COMES the United States and represents as follows:

WHEREAS, on January 26, 2023 this Court entered Consent Order of Forfeiture

(Document 34) as to defendant George Pickard, ordering the forfeiture of the following property:

    a.    **Two firearm suppressors seized from defendant's residence in Virginia Beach, Virginia on or about December 29, 2020;**

    b.    **Parts from which a homemade firearm suppressor may be construction seized from defendant's residence in Virginia Beach, Virginia on or about December 29, 2020;**

    c.    **Smith & Wesson M&P 9 mm handgun and all accompanying magazines and ammunition seized from defendant's residence in Virginia Beach, Virginia on or about December 29, 2020;**

    d.    **Anderson Manufacturing AR-15 style rifle attachment seized from defendant's residence in Virginia Beach, Virginia on or about December 29, 2020;**

    e.    **Black Aces bullpup shotgun and all accompanying magazines and ammunition seized from defendant's residence in Virginia Beach, Virginia on or about December 29, 2020;**

   **f.**  **Inter Arms PPK handgun and all accompanying magazines and ammunition seized from defendant's residence in Virginia Beach, Virginia on or about December 29, 2020; and**

   **g.**  **Any additional ammunition seized in conjunction with the firearms listed above.**

  AND WHEREAS the United States published on an official government website (www.forfeiture.gov) for thirty (30) consecutive days, beginning on February 03, 2023, and ending on March 04, 2023, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and evidenced by the attached Declaration and Advertisement, notice of this forfeiture action and the intention of the United States to dispose of the property in accordance with the law and as specified in the Consent Order of Forfeiture, and further notified all third parties, if any, of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their legal interest in the property;

  AND WHEREAS no petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired;

  AND WHEREAS the Consent Order of Forfeiture provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2);

  It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Consent Order of Forfeiture, and may be disposed of according to law.

        Respectfully submitted,

        Jessica D. Aber
        United States Attorney


By:       /s/Kevin Hudson
        Kevin Hudson
        Assistant United States Attorney
        Virginia State Bar No. 81420
        Attorney for the United States
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Office Number: (757) 441-6711
        Facsimile Number: (757) 441-6689
        Email Address: kevin.hudson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the 2nd day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By:     /s/Kevin Hudson
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: (757) 441-6711
Facsimile Number: (757) 441-6689
Email Address: kevin.hudson@usdoj.gov